UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
2015 JUL 22  PM 3: 17

TH

UNITED STATES OF AMERICA,

                Plaintiff,

vs.

NORMA ORCUTT,

                Defendant.

CASE NO. 13CR4204-L(RBB)

**JUDGMENT OF DISMISSAL**

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___ the Court has dismissed the case for unnecessary delay; or

_X_ the Court has granted the motion of the Government for dismissal without prejudice; or

___ the Court has granted the motion of the defendant for a judgment of acquittal; or

___ a jury has been waived, and the Court has found the defendant not guilty; or

___ the jury has returned its verdict, finding the defendant not guilty;

_X_ of the offense(s) of: 18 USC 875(d).

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 07/20/15

RUBEN B. BROOKS
UNITED STATES DISTRICT JUDGE

ENTERED ON _____