UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
JUL 2 4 2015
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY   TH   DEPUTY

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

NORMA ORCUTT (1),

        Defendant.

CASE NO. 13CR4204-BEN(RBB)

**CORRECTED JUDGMENT OF DISMISSAL**

    IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___ the Court has dismissed the case for unnecessary delay; or

_X_ the Court has granted the motion of the Government for dismissal, with prejudice; or

___ the Court has granted the motion of the defendant for a judgment of acquittal; or

___ a jury has been waived, and the Court has found the defendant not guilty; or

___ the jury has returned its verdict, finding the defendant not guilty;

_X_ of the offense(s) as charged in the Information:

18 USC 875(d) - Interstate Communications with Intent to Extort

    IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: July 24, 2015

RUBEN B. BROOKS
UNITED STATES MAGISTRATE JUDGE